838 A.2d 565

**PRINCETON INSURANCE COMPANY, Appellant**

v.

**D. Michael FISHER, Attorney General of the Commonwealth of Pennsylvania, Appellee.**

Supreme Court of Pennsylvania.

Oct. 27, 2003.

## *ORDER*

PER CURIAM.

**AND NOW,** this 27th day of October, 2003, we **AFFIRM** the Order of the Commonwealth Court.